# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-79-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER SETTING STATUS CONFERENCE** |
| THOMAS IVAN REESE LARSON, Defendant. | |

Upon Motion of Defendant Thomas Ivan Reese Larson for the setting of a Status Conference; IT IS HEREBY ORDERED that a Telephonic Status Conference is scheduled in this matter for February 2, 2023 at 4:00 p.m. The call-in number is as follows: 877-402-9753; access code: 5136505.

DATED this 30th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court