IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS IVAN REESE LARSON,<br><br>    Defendant. | CR-22-79-GF-BMM<br><br>**ORDER** |

  Thomas Larson ("Larson") filed a motion to dismiss, or, in the alternative, show cause on July 10, 2023. (Doc. 46.) The Court held a motion hearing on August 15, 2023. (Doc. 50.) The Court set an additional hearing motion for September 1, 2023. (*Id.*) The Court ruled that the September 1, 2023 motion hearing would concern why the Bureau of Prisons should not be held in contempt subject to dismissing this action if Larson was not transferred to an institution prior to that date. (*Id.*) The Court ruled that if Larson was transferred to an institution prior to September 1, 2023, the hearing would be vacated. (*Id.*)

  Larson was committed to FMC Devens on August 30, 2023. (Doc. 51.) The Court vacated the show cause hearing set for September 1, 2023 on August 31, 2023. (Doc. 52.) "A case is moot when the issues presented are no longer 'live' or

the parties lack a legally cognizable interest in the outcome." *City of Erie v. Pap's A.M.*, 529 US 277, 287, (2000). Larson's motion presents no live issues because he was committed to FMC Devens prior to the September 1, 2023 deadline imposed by the Court. (Doc. 51.) Larson's motion to dismiss, or in the alternative show cause is accordingly now moot.

## ORDER

Accordingly, **IT IS ORDERED** that the Motion to Dismiss, or, in the Alternative, to Show Cause (Doc. 46) is **DENIED**.

Dated this 21st day of September, 2023

_____
Brian Morris, Chief District Judge
United States District Court